1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | HOANG MINH LE, an individual   ) | Case No.: 5:21-cv-01765-JWH-KK
12 |            Plaintiff,          ) |
   |                                ) | **NOTICE OF CONDITIONAL**
13 |      vs.                       ) | **SETTLEMENT**
14 | REINS INTERNATIONAL            ) |
   | CALIFORNIA, INC, a California  ) | [Assigned to Hon. John W. Holcomb]
15 | corporation,                   ) |
16 |            Defendants.         ) |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 45 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: April 19, 2022

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

HOANG MINH LE

NOTICE OF CONDITIONAL SETTLEMENT
5:21-CV-01765-JWH-KK